**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:22-CR-00218 (TJK)** |
| | : | |
| **v.** | : | |
| | : | |
| **EMERSON AGUIRRE-MORALES** | : | |
| | : | |
| **Defendant.** | : | |

**STATEMENT OF OFFENSE IN SUPPORT OF DEFENDANT'S PLEA OF GUILTY**

I. Summary of the Plea Agreement

Defendant Emerson Aguirre-Morales agrees to admit guilt and enter a plea of guilty to the Information charging him with one count of Violent Crime in Aid of Racketeering-Attempted Murder, in violation of 18 U.S.C. § 1959(a)(5).

The penalty for Count One of the Information, VICAR-Attempted Murder, is:

(A) a maximum sentence of ten years' imprisonment;

(B) a fine not to exceed $250,000;

(C) a term of supervised release of not more than three (3) years to follow any period of incarceration; and

(D) a special assessment of $100.

The United States Sentencing Guideline § 5E1.2 permits the Court to impose an additional fine to pay the costs of for imprisonment and any term of supervised release and/or probation.

II. Elements of the Offenses

The essential elements of the offense of VICAR-Attempt Murder, in violation of 18 U.S.C. § 1959(a)(5), each of which the Government must prove beyond a reasonable doubt, are that:

(1) the enterprise existed as alleged in the indictment;

(2) the enterprise was engaged in interstate commerce or that its activities affected interstate commerce;

(3) the enterprise was engaged in racketeering activity;

(4) the defendant committed the crime of violence of attempted murder; and

(5) the defendant's purpose in committing the crime of violence was to gain entrance to, or to maintain, or increase his position in the enterprise.

III. Brief Statement of the Facts

On or about May 21, 2021, the defendant Emerson Aguirre-Morales (hereinafter "Aguirre-Morales") was a member or associate of the international criminal street gang known as "18th Street." The 18th Street gang engages in a variety of criminal activities to include acts of assault, robbery, kidnapping, murder, and firearms trafficking in the District of Columbia and other jurisdictions, both within the United States and in foreign countries. 18th Street members are required to commit acts of violence to further the interests of the gang. These violent acts are often directed against rival gang members, 18th Street members who have violated gang rules or have otherwise disrespected the gang, and people who are suspected of cooperating with law enforcement. Additionally, 18th Street members are also known to possess, sell and transport narcotics, weapons, and other contraband to generate money to support the gang and its criminal activities both within the District of Columbia and across state lines. Some of the proceeds of this criminal activity are wired to members of the gang's leadership in foreign countries. 18th Street members are known to control geographical areas and use violence to maintain their control. 18th

Street consists of an enterprise that engages in racketeering activity.

On or about May 21, 2021, Aguirre-Morales followed the victim, C.H. (hereinafter "the victim") in a vehicle to the 5700 block of 14th Street NW, Washington, DC along with an associate. Aguirre-Morales, who was a passenger in the vehicle, and the associate followed the victim for the purpose of murdering him because he was a perceived member of a rival gang known as MS-13.

Upon catching up with the victim, who was on a bicycle, Aguirre-Morales fired multiple gunshots at the victim from the passenger seat of the vehicle he was in. The victim was hit once in the leg, which caused serious bodily injury. Following the shooting, Aguirre-Morales and his associate drove away from the scene.

At the time he committed the shooting, Aguirre-Morales was a member or associate of the 18th Street gang, and a purpose in committing the attempted murder was to maintain or increase his position within the 18th Street gang, and that was one of the reasons he participated in the attempted murder.

***Limited Nature of Proffer***

This proffer of evidence is not intended to constitute a complete statement of all facts known by the government, but rather is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the charged offenses.

By: /s/ ______________________________
John Korba
D.C. Bar No. 1010303

john.korba@usdoj.gov
Assistant United States Attorney
601 D Street, N.W., Fifth Floor
Washington, D.C. 20530
(202) 252-7246

***Defendant's Acceptance***

I have read each of the pages that constitute the government's proffer of evidence and have discussed it with my attorney, Matthew Peed, Esquire. I fully understand this proffer and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legal bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those as set forth in my plea agreement.

I am satisfied with the legal services provided by my attorney in connection with this proffer and my plea agreement and matters related to it.

Date: 2/1/24

Emerson Aguirre-Morales
Defendant

***Attorney's Acknowledgment***

I have read each of the pages that constitute the government's Proffer of Evidence, reviewed them with my client, Emerson Aguirre-Morales, and discussed the provisions of the proffer with him fully. These pages accurately and completely set forth the government's proof, as I understand it.

Date: 2/1/24

Matthew Peed, Esq.
Attorney for the Defendant